JENNINGS *v.* WHITE. From Pasquotank. *Aydlett & Ehringhaus* for plaintiff; *W. M. Bond* and *C. E. Thompson* for defendant, appellant. Affirmed. (Two cases by this title, both affirmed).

BROWN *v.* RAILWAY. From Bertie. *Winston* for plaintiff; *Day, Bell & Allen* for defendant, appellant. Affirmed.

STATE *v.* JOHNSON. From Pitt. *Attorney-General* for State; *J. L. Fleming* and *F. G. James* for defendant, appellant. Dismissed for failure to perfect appeal.

STATE *v.* RIVES. From Pitt. *Attorney-General* for State; *Skinner & Whedbee* for defendant, appellant. Dismissed for failure to perfect appeal.

DUFFY *v.* LIFE INS. Co. From Craven. *W. D. McIver* and *O. H Guion* for plaintiff; *Hinsdale & Son* and *W. W. Clark* for defendant, appellant. Affirmed.

MEREDITH *v.* RAILWAY. From Craven. *W. D. McIver* for plaintiff; *Simmons & Ward* for defendant, appellant. Affirmed.

THOMAS *v.* TEL. Co. From Craven. *D. L. Ward* for plaintiff; *W. W. Clark* and *F. H. Busbee & Son* for defendant, appellant. Affirmed.